

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-13-00297-CR

## IN RE JOHN WILLIAM SPURLOCK

---

## Original Proceeding

---

## MEMORANDUM OPINION

---

Relator's Petition for Writ of Mandamus is denied, and his motion for leave to

file is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Motion dismissed
Opinion delivered and filed September 12, 2013
Do not publish
[OT06]